UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLE HAAN, LLC; APAX PARTNERS WORLDWIDE LLP,<br><br>Defendants. | Case No.: 17cv1422-LAB (BGS)<br><br>**ORDER WITHDRAWING MAGISTRATE JUDGE REFERENCE; AND**<br><br>**ORDER OF DISMISSAL** |

On March 13, the Court granted in part Defendants' motion to dismiss, and gave Plaintiff until April 2 to file a third amended complaint. The Court also referred the issue of possible sanctions to Magistrate Judge Bernard Skomal. Instead of amending, Plaintiff has filed a notice of voluntary dismissal. (Docket no. 26.) Defendants have not answered or moved for summary judgment, nor have they objected to the dismissal.

The reference to Magistrate Judge Skomal is **WITHDRAWN** and this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: April 5, 2019

Hon. Larry A. Burns
Chief United States District Judge

1

17cv1422-LAB (BGS)